IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DARRYLE L. JONES,** | ) | CV F 05-1146 REC WMW HC |
|              **Petitioner,** | ) ) | **ORDER RE AMENDED PETITION** |
|    **v.** | ) ) | |
| **UNITED STATES PAROLE COMMISSION,** | ) ) ) | |
|              **Respondent.** | ) ) ) | |

      Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this court. On February 8, 2006, Petitioner filed an amended petition in this case. However, the amended petition is not filed on the proper form. Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Petitioner a copy of the form for filing Section 2241 habeas corpus petitions in this court. Petitioner is HEREBY GRANTED thirty days from the date of this order within which to file his amended petition on the correct form in this court. The case will then proceed solely on that amended petition,

1  which must be complete in itself, without reference to any earlier document.

2  IT IS SO ORDERED.

3  **Dated:   March 21, 2006**              **/s/  William M. Wunderlich**
   bl0dc4                                   UNITED STATES MAGISTRATE JUDGE

2